# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**John Doe I, et al**

    vs.

**Richard A. Bucci, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-740

---

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED NOVEMBER 4, 2005.

Dated:  November 4, 2005

*[signature]*
Clerk of Court

s/ S. Potter
By:  Deputy Clerk